# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Baisier, Paul M. | **2. Court or Organization**<br><br>US Bankruptcy Court, Northern District of Georgia | **3. Date of Report**<br><br>07/09/2020 |

| | | |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge, Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Richard B. Russell Federal Building and US Courthouse
75 Ted Turner Drive, SW, Room 1234
Atlanta, GA 30303

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Manager | Lion Shamrock VI, LLC |
| 2. Trustee | Trust I |
| 3. Trustee | Trust II |
| 4. Secretary | Burton Getaways Property Owners Association, Inc. |
| 5. President | W. Homer Drake Bankruptcy Inn of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 07/09/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | ▨, Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baisier, Paul M.** | 07/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute | Waived fee for annual seminar and related meals / events | $895.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▆▆▆▆▆ | Tuition Agreements | None |
| 2. | Citi | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baisier, Paul M.** | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Roth IRA 2 (H) | | | | | | | | | |
| 2.   iShares Core Growth Alloc Fund | A | Dividend | J | T | Buy (add'l) | 05/09/19 | J | | |
| 3.   Contributory IRA 2 (H) | | | | | | | | | |
| 4.   iShares Core Growth Allocation ETF | A | Dividend | J | T | Buy (add'l) | 05/09/19 | J | | |
| 5.   Individual Account 2 (H) | | | | | | | | | |
| 6.   iShares MSCI Min Vol EM ETF | A | Dividend | J | T | Sold (part) | 12/12/19 | J | A | |
| 7.   Blackrock Strat Muni Fd | A | Dividend | K | T | | | | | |
| 8.   Pimco Enhanced Short ETF | A | Dividend | J | T | | | | | |
| 9.   Pimco Inc Instl CL | A | Dividend | J | T | | | | | |
| 10.  SCH US Dividend ETF | A | Dividend | K | T | | | | | |
| 11.  SCH Intl EQ ETF | A | Dividend | J | T | Sold (part) | 12/10/19 | J | A | |
| 12.  Schwab Large Cap Value ETF | A | Dividend | J | T | | | | | |
| 13.  Schwab US Large Cap ETF | A | Dividend | K | T | Buy (add'l) | 12/10/19 | J | | |
| 14.  iShares MSCI US Min Vol ETF | A | Dividend | K | T | | | | | |
| 15.  Baron Discovery SC Fund | A | Dividend | J | T | Buy (add'l) | 11/26/19 | J | | |
| 16.  Schwab Mid Cap Equity ETF | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 17.  Schwab cash sweep Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Joint Account (H) | | | | | | | | | |
| 19. American Fd Grwth Fd of Am A | B | Dividend | K | T | | | | | |
| 20. DFA Intl Cor Eqty Instl | A | Dividend | K | T | | | | | |
| 21. iShares Russell 1000 ETF | B | Dividend | L | T | Buy (add'l) | 01/28/19 | J | | |
| 22. iShares Momentum ETF | A | Dividend | | | Sold | 12/12/19 | J | C | |
| 23. iShares Natl Muni Bond ETF | A | Dividend | | | Sold | 01/28/19 | J | A | |
| 24. Columbia Mid Cap V. Fd A | A | Dividend | | | Sold | 01/28/19 | J | A | |
| 25. Nuveen Prefered Sec. I | A | Dividend | J | T | | | | | |
| 26. Pimco Income Instl MF | C | Dividend | K | T | | | | | |
| 27. Pimco Muni Income CEF | A | Dividend | J | T | | | | | |
| 28. Schwab Dividend ETF | A | Dividend | K | T | | | | | |
| 29. Schwab EM ETF | A | Dividend | | | Sold | 04/02/19 | J | A | |
| 30. Schwab Int'l Equity ETF | A | Dividend | | | Sold (part) | 01/28/19 | J | A | |
| 31. | | | | | Sold | 04/02/19 | J | A | |
| 32. Amer. Fund Sm Cp World Fd A | A | Dividend | J | T | | | | | |
| 33. Invesco Amer Franchise A MF | B | Dividend | K | T | | | | | |
| 34. Vgd Extend Mkt Inv Shrs | A | Dividend | K | T | Buy (add'l) | 01/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baisier, Paul M.** | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   Vanguard Interm Tax Exmpt | B | Dividend | L | T | Buy<br>(add'l) | 01/29/19 | J | | |
| 36.   Schwab Cash Sweep Account | A | Interest | J | T | | | | | |
| 37.   Invesco Small Cap LV ETF | A | Dividend | | | Sold | 12/10/19 | J | A | |
| 38.   JPMorgan Ultra Short Income ETF | A | Dividend | K | T | | | | | |
| 39.   Pimco Enh Shrt Maturity ETF | A | Dividend | J | T | | | | | |
| 40.   Vanguard Dividend Apprec. ETF | A | Dividend | K | T | Buy | 12/10/19 | K | | |
| 41.   Baron Discovery MF | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 42.   IRA RO 1 (H) | | | | | | | | | |
| 43.   DFA Intl Core Eq MF | C | Dividend | L | T | Sold<br>(part) | 08/21/19 | K | A | |
| 44.   iShares Russell 1000 ETF | C | Dividend | M | T | | | | | |
| 45.   Janus Triton FD T | C | Dividend | L | T | Buy<br>(add'l) | 02/25/19 | J | | |
| 46.   Janus Venture Fd T | A | Dividend | K | T | | | | | |
| 47.   iShares Short Mat Bond ETF | B | Dividend | L | T | | | | | |
| 48.   Pimco Income Instl | D | Dividend | M | T | Sold<br>(part) | 08/21/19 | K | A | |
| 49.   Schwab MC ETF | A | Dividend | L | T | Buy<br>(add'l) | 11/06/19 | L | | |
| 50.   Schwab LC Value ETF | C | Dividend | L | T | | | | | |
| 51.   iShares USA Min Vol ETF | B | Dividend | M | T | Buy<br>(add'l) | 02/25/19 | K | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Vngd Total Bnd Adml. | B | Dividend | K | T | | | | | |
| 53. Vngd Devl Mkt Inv. Shrs | A | Dividend | | | Sold | 01/29/19 | K | B | |
| 54. Vngd Ext Mtks Inv Shrs | A | Dividend | K | T | | | | | |
| 55. Vngd Total Intl Stk Inv Shr | A | Dividend | | | Sold | 01/29/19 | J | A | |
| 56. Vngd Growth Index Inv. Shr | B | Dividend | N | T | | | | | |
| 57. Vngd Sm. Cap Value Adm | A | Dividend | J | T | | | | | |
| 58. Western Asset Core Bond Fd | B | Dividend | K | T | Sold (part) | 01/28/19 | L | A | |
| 59. Pimco Enh Shrt Mat ETF | B | Dividend | K | T | Buy | 02/27/19 | K | | |
| 60. | | | | | Sold (part) | 08/21/19 | L | A | |
| 61. Schwab Emerging Mkts ETF | B | Dividend | K | T | | | | | |
| 62. BlackRock Strategic Income MF | B | Dividend | L | T | | | | | |
| 63. Vanguard Core Bond MF | A | Dividend | M | T | Buy | 08/21/19 | M | | |
| 64. Schwab Cash Sweep Account | A | Interest | K | T | | | | | |
| 65. Inhr IRA 1 (H) | | | | | | | | | |
| 66. iShares Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 67. Pimco Income Instl MF | C | Dividend | L | T | | | | | |
| 68. Pimco Enhanced Short Dur. ETF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baisier, Paul M.** | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Schwab LC Value ETF | A | Dividend | K | T | | | | | |
| 70. Schwab SC ETF | A | Dividend | K | T | | | | | |
| 71. iShares Min Vol ETF | A | Dividend | K | T | | | | | |
| 72. Vngd Total Stock ETF | B | Dividend | M | T | | | | | |
| 73. Vngd Extended Mkt ETF | A | Dividend | L | T | | | | | |
| 74. Vngd Total Intl Stk ETF | A | Dividend | K | T | Sold<br>(part) | 03/25/19 | J | A | |
| 75. Western Asset Core Bond | B | Dividend | K | T | Buy<br>(add'l) | 03/25/19 | J | | |
| 76. JPMorgan Ultra Sht Income ETF | A | Dividend | K | T | Sold<br>(part) | 08/23/19 | J | A | |
| 77. Schwab Cash Sweep Account | A | Interest | J | T | | | | | |
| 78. Roth IRA 1 (H) | | | | | | | | | |
| 79. iShares Russell 1000 ETF | A | Dividend | L | T | | | | | |
| 80. Northern Emerg Mkts Ind Fd | A | Dividend | J | T | | | | | |
| 81. Pimco Income MF | B | Dividend | K | T | Buy<br>(add'l) | 04/15/19 | J | | |
| 82. Schwab Intl Index Mtl Fd | A | Dividend | J | T | | | | | |
| 83. Schwab Intl Index ETF | A | Dividend | | | Sold | 07/03/19 | J | B | |
| 84. TIAA CREF Lg Cap Gwth Index Fd | A | Dividend | K | T | | | | | |
| 85. TIAA CREF LG Cap Value Index Fd | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Vngd Total Bnd Adml Fd | A | Dividend | K | T | Buy<br>(add'l) | 07/03/19 | J | | |
| 87. | Vngd REIT Adml Fd | A | Dividend | J | T | | | | | |
| 88. | Vngd Mid Cap Adml Fd | A | Dividend | J | T | | | | | |
| 89. | Vngd Sm Cap Growth Fd. | A | Dividend | J | T | | | | | |
| 90. | Vngd Sm Cap Value Fd | A | Dividend | J | T | | | | | |
| 91. | Pimco Enh Shrt Mat ETF | A | Dividend | K | T | | | | | |
| 92. | iShares MSCI Min VOL ETF | A | Dividend | J | T | Buy | 07/03/19 | J | | |
| 93. | Schwab Cash Sweep Account | A | Interest | J | T | | | | | |
| 94. | 529 Accounts (H) | | | | | | | | | |
| 95. | BrightStart Directions 529 Plan 2 Govt-Agency, MOD Age Based Port's | | None | L | T | | | | | |
| 96. | BrightStart Directions 529 Plan 3 Govt-Agency, MOD Age Based Port's | | None | M | T | | | | | |
| 97. | BrightStart Directions 529 Plan 4 Govt-Agency, MOD Age Based Port's | | None | M | T | | | | | |
| 98. | BrightStart Savings 529 Plan 2a Index Portfolios | | None | K | T | | | | | |
| 99. | BrightStart Savings 529 Plan 3a Index Portolios | | None | M | T | | | | | |
| 100. | BrightStart Savings 529 Plan 4a Index Portfolios | | None | M | T | | | | | |
| 101. | Path2College 529 Plan 1 Age Based Managed Option | | None | K | T | | | | | |
| 102. | Path2College 529 Plan 2 Age Based Managed Option | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Path2College 529 Plan 3 Age Based Managed Option | | None | L | T | | | | | |
| 104. Path2College 529 Plan 4 Age Based Managed Option | | None | L | T | | | | | |
| 105. Insurance Policy (H) | | | | | | | | | |
| 106. American General Whole Life Policy | B | Int./Div. | J | U | | | | | |
| 107. Trust I (H) | | | | | | | | | |
| 108. Goldman Sachs Bank CD 11/25/20 | B | Interest | L | T | | | | | |
| 109. Amer Fd Inv Co of Amer. Cl A | E | Dividend | M | T | | | | | |
| 110. BlackRock Strategic Income | C | Dividend | L | T | | | | | |
| 111. DFA Intl Core Fd Instl | B | Dividend | L | T | | | | | |
| 112. BlackRock Strategic Muni Fd | C | Dividend | M | T | | | | | |
| 113. BlackRock Nat. Muni Fd | C | Dividend | M | T | | | | | |
| 114. Pimco Enh Short Matur. ETF | C | Dividend | L | T | Sold (part) | 04/02/19 | J | A | |
| 115. | | | | | Sold (part) | 11/06/19 | L | A | |
| 116. iShares Short Mat. Bond ETF | B | Dividend | | | Sold | 08/09/19 | M | A | |
| 117. Nuveen Preferred Sec I | C | Dividend | L | T | | | | | |
| 118. Pimco Incm Instl | D | Dividend | M | T | | | | | |
| 119. Schwab Intl Equity ETF | A | Dividend | J | T | Sold (part) | 11/06/19 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baisier, Paul M.** | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Charles Schwab US Mid Cap ETF | A | Dividend | L | T | | | | | |
| 121. Vngd 500 Indx CL | D | Dividend | N | T | | | | | |
| 122. Vngd Growth Ind Inv Sh | A | Dividend | M | T | Buy (add'l) | 11/06/19 | K | | |
| 123. Vngd Ltd Tm Tax Exp Adm Sh | B | Dividend | L | T | | | | | |
| 124. Vngd Tax Mgd Sm Cap Fd | C | Dividend | M | T | | | | | |
| 125. Vngd Interm Term Fd Adm Sh | C | Dividend | M | T | Buy (add'l) | 09/03/19 | M | | |
| 126. Vanguard Real Estate ETF | A | Dividend | L | T | Buy | 11/06/19 | L | | |
| 127. Schwab Cash Sweep Account | A | Interest | K | T | | | | | |
| 128. Individual Account 1 (H) | | | | | | | | | |
| 129. DFA Intl Core Eqty Instl | A | Dividend | K | T | | | | | |
| 130. iShares MSCI EM Min Vol ETF | A | Dividend | J | T | | | | | |
| 131. iShares Russell 1000 ETF | B | Dividend | M | T | Buy (add'l) | 01/28/19 | K | | |
| 132. iShares Russell 1000 Value ETF | A | Dividend | | | Sold | 01/28/19 | K | C | |
| 133. Janus Triton MF | B | Dividend | K | T | Buy (add'l) | 12/17/19 | J | | |
| 134. Pimco Enhancd Short ETF | A | Dividend | J | T | | | | | |
| 135. Pimco Income Instl CL | B | Dividend | K | T | Sold (part) | 08/21/19 | J | A | |
| 136. Schwab US Dividend Eq ETF | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baisier, Paul M.** | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Schwab Emerging Mkts ETF | A | Dividend | J | T | Sold<br>(part) | 01/28/19 | J | A | |
| 138.  Schwab Intl Eq. ETF | A | Dividend | J | T | Sold<br>(part) | 01/28/19 | J | A | |
| 139.  Schwab US MC ETF | A | Dividend | K | T | | | | | |
| 140.  iShares MSCI US Min Vol ETF | A | Dividend | K | T | | | | | |
| 141.  Vangd Inter Tm Tax Exmt MF | B | Dividend | L | T | Buy<br>(add'l) | 08/21/19 | K | | |
| 142.  JPM Ultra Short Inc. ETF | A | Dividend | | | Buy | 01/28/19 | J | | |
| 143. | A | Dividend | | | Sold | 08/21/19 | J | A | |
| 144.  Wells Fargo Cash Sweep Account | A | Interest | J | T | | | | | |
| 145.  Schwab Cash Sweep Account | A | Interest | J | T | | | | | |
| 146.  Athens, GA Clark Cty Govt W/S REV 4%<br>Muni | B | Interest | K | T | | | | | |
| 147.  Brookhaven, GA Pub FAC Ptree Creek<br>Gway REV Muni | B | Interest | L | T | | | | | |
| 148.  CA STD Com. Dev Ath Rev Muni Bd | B | Interest | K | T | | | | | |
| 149.  Chicago IL Water Rev Sec Lien Due<br>11/1/28 Muni | A | Interest | J | T | | | | | |
| 150.  Cuyahoga, OH Cmty College Gen Recpt<br>Muni Bd | B | Interest | K | T | | | | | |
| 151.  Delaware Riv Port Auth Rev Ser. Muni Bd | C | Interest | L | T | | | | | |
| 152.  Forsyth Cnty NC GO 2% Muni | A | Interest | L | T | | | | | |
| 153.  Independence,OR City Hall GO Muni Bd | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. IN BD Rev SPL PG Ser C Muni Bd | B | Interest | K | T | | | | | |
| 155. Knoxville, TN Waste REV 3% Muni | B | Interest | L | T | | | | | |
| 156. Marion Cty Fl Rev Muni Bd | B | Interest | | | Redeemed | 12/02/19 | K | | |
| 157. MA EDL Fing Auth BE Muni Bd | A | Interest | J | T | | | | | |
| 158. Miami Dade SPL Oblig Rev Muni Bd | A | Interest | | | Redeemed | 04/01/19 | K | | |
| 159. Miami FL SPL Oblg Str Sidewalk Rev Muni Bd | A | Interest | | | Redeemed | 01/02/19 | K | | |
| 160. NY ST Ser A GO Unltd 3% Muni | B | Interest | L | T | | | | | |
| 161. North, TX TWY Auth. Rfdg Sys Muni Bd | B | Interest | K | T | | | | | |
| 162. Penn St High EFA Rev St Sys Muni Bd | A | Interest | | | Redeemed | 09/10/19 | K | | |
| 163. Phoenix AZ Civic Ser A Muni Bd | B | Interest | K | T | | | | | |
| 164. Scottsdale AZ Hosp Rev Muni Bd | B | Interest | K | T | | | | | |
| 165. TX Tech Rev Ref Muni Bd | A | Interest | | | Redeemed | 02/15/19 | K | | |
| 166. Univ of CO Enterprise Sys Rev Muni Bd | A | Interest | | | Redeemed | 06/03/19 | K | | |
| 167. Johnson Cnty. KS Wtr Dist | B | Interest | L | T | | | | | |
| 168. Georgia ST SER A 2 G/O | A | Interest | K | T | | | | | |
| 169. Wells Fargo Bank NA CD | B | Interest | L | T | | | | | |
| 170. Maryland St. Muni Bd | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baisier, Paul M.** | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.   Wells Fargo Individual Savings Account | A | Interest | J | T | | | | | |
| 172.   PCOXX MMF Prime Oblig Wealth Shares | C | Dividend | N | T | | | | | |
| 173.   Trust II (H) | | | | | | | | | |
| 174.   PCOXX MMF Prime Oblig Wealth Shares | A | Dividend | J | T | | | | | |
| 175.   Wells Fargo Cash Sweep Account | A | Interest | J | T | | | | | |
| 176.   Bridgeway Blue Chip 35 Index Fund | D | Dividend | L | T | | | | | |
| 177.   DFA Intl Core Eqty Instl MF | B | Dividend | K | T | Sold<br>(part) | 12/10/19 | K | C | |
| 178.   iShares Russell 1000 ETF | B | Dividend | L | T | | | | | |
| 179.   Blackrock Strat Muni Oppty FD | B | Dividend | L | T | Buy<br>(add'l) | 12/10/19 | J | | |
| 180.   Pimco Inc. Instl Cl | C | Dividend | L | T | | | | | |
| 181.   Schwab US Small Cap ETF | A | Dividend | K | T | | | | | |
| 182.   Schwab US Dividend ETF | C | Dividend | L | T | | | | | |
| 183.   Schwab EM ETF | A | Dividend | K | T | Sold<br>(part) | 04/02/19 | J | A | |
| 184.   Schwab US MC ETF | A | Dividend | L | T | | | | | |
| 185.   Schwab Value Advantage MMF Acct | A | Dividend | J | T | Sold<br>(part) | 01/10/19 | J | | |
| 186.   Schwab Muni MMF | A | Dividend | | | Buy | 06/07/19 | J | | |
| 187. | | | | | Sold | 06/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Vngd Growth Indx Adml MF | A | Dividend | L | T | | | | | |
| 189. Vanguard Sm Cap Value MF | A | Dividend | J | T | | | | | |
| 190. Vanguard Total Skt Mkt FD | A | Dividend | J | T | | | | | |
| 191. Pimco Enh Shrt Mat Actv ETF | A | Dividend | K | T | | | | | |
| 192. Baron Discovery MF | A | Dividend | K | T | Buy | 06/28/19 | J | | |
| 193. | | | K | T | Buy<br>(add'l) | 12/10/19 | J | | |
| 194. Alpharetta GA Dev Auth Confer Cntr Proj Muni | A | Interest | K | T | | | | | |
| 195. Alpharetta GA GO Unlimited 05/01/28 Muni | A | Interest | K | T | | | | | |
| 196. Anchorage, AK Gen Purp Serv V GO Muni | A | Interest | K | T | | | | | |
| 197. AZ Brd Regents Univ AZ Sys Rev Muni | A | Interest | K | T | | | | | |
| 198. Arlington, TX Ref Perm Impt Ser A Go Muni | A | Interest | K | T | | | | | |
| 199. Athens, Clark Cty GA Uni Govt Devl Rev Muni | A | Interest | K | T | | | | | |
| 200. Braselton, GA 2.125% 7/1/30 Muni Bd | A | Interest | K | T | Buy | 11/06/19 | K | | |
| 201. Cape May NJ GOMuni Bd | A | Interest | K | T | | | | | |
| 202. Carroll City County Hsp Auth GA Rev Muni | A | Interest | K | T | | | | | |
| 203. Cobb Cty GA Kennestone Hsp Rev Antic Muni Bd | A | Interest | K | T | | | | | |
| 204. Cobb Cty Kennestone Hsp Rev RFDG BE Cpn Muni Bd | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  Dane Cnty WI Corp Purp Ser B Muni | A | Interest | K | T | | | | | |
| 206.  Decatur GA City Sch GO Muni | A | Interest | K | T | | | | | |
| 207.  Delaware ST Ser A GO Muni | A | Interest | K | T | | | | | |
| 208.  Des Moines IA Ser A2 Muni Bd | A | Interest | K | T | | | | | |
| 209.  Dublin OH Var Purp GO Muni Bd | A | Interest | K | T | | | | | |
| 210.  Florida St Brd Ed Pub Ed Muni | A | Interest | K | T | | | | | |
| 211.  Fl St Bd Ed Issues prior to 2008 Muni Bd | A | Interest | K | T | | | | | |
| 212.  Florida St Board of Ed. Pub Cap Outlay Ser C Muni | A | Interest | K | T | | | | | |
| 213.  Ft Bend TX WTR SWR Muni Bd | A | Interest | K | T | | | | | |
| 214.  Franklin Cty OH Rrdg GO Muni Bd | A | Interest | K | T | | | | | |
| 215.  Fulton Cnty GA Dev Auth Rev RFDG Piedmont Hosp. Muni | A | Interest | K | T | | | | | |
| 216.  Fulton Cnty GA Dev Auth Rev GA Tech FAC 06/01/28 | B | Interest | K | T | | | | | |
| 217.  GA St Hsg & Fin Auth Single Fam Mtg SubserA 12/01/22 Muni | B | Interest | L | T | | | | | |
| 218.  GA St Rfdg GO Ser J1 Muni Bd 7/22 | B | Interest | K | T | | | | | |
| 219.  Georgia St Serv A 2 Unlit BE GO Muni 2/33 | B | Interest | L | T | | | | | |
| 220.  GA ST Ser A GO Muni Bd 2/1/25 | B | Interest | K | T | | | | | |
| 221.  GA St Ser A GO Untld BE OID 7/1/29 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  GA St Serv A GO Unltd BE Muni Due 2/30 | A | Interest | K | T | | | | | |
| 223.  GA St Ser D GO 5/19 Muni BD | B | Interest | | | Redeemed | 05/01/19 | L | A | |
| 224.  Griffin GA Comp RFDG Muni Bd | A | Interest | K | T | | | | | |
| 225.  Gwinnett Cty GA Sch Dist BE Muni Bd | A | Interest | K | T | | | | | |
| 226.  Hamilton MI Cmnty Sch Dist GO Muni | A | Interest | K | T | | | | | |
| 227.  Hawaii St Ser ET GO Muni Bd | A | Interest | K | T | | | | | |
| 228.  Hoover AL Refdg Wts GO Muni | A | Interest | K | T | | | | | |
| 229.  ILL HSG Dev Auth Muni Bd | A | Interest | J | T | | | | | |
| 230.  ILL St Unrefunded GO Unltd Muni Bd | A | Interest | | | Redeemed | 05/09/19 | J | A | |
| 231.  James City Cnty VA Econ Devl Auth Muni | A | Interest | K | T | | | | | |
| 232.  Johnson Cnty KS Pub Bldg Com Ser B Muni | A | Interest | K | T | | | | | |
| 233.  Las Vegas NV RFDG Per Art Ser A Muni | A | Interest | K | T | | | | | |
| 234.  Lawrenceville GA Proj B Muni Bd | A | Interest | K | T | | | | | |
| 235.  Madison WI GO Muni Bd | A | Interest | K | T | | | | | |
| 236.  Maryland St GO Muni Bd | A | Interest | K | T | | | | | |
| 237.  Mass ST Dev Fin Agy Rev Partners Muni | A | Interest | J | T | | | | | |
| 238.  Maui Cty, HI GO Muni | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. Mc Kinney TX Indpt Sch Dist Bldg Ser A Muni | A | Interest | K | T | | | | | |
| 240. Mesa AZ Rev Muni Bd | A | Interest | K | T | | | | | |
| 241. Milton, GA 2.125% 12/1/32 Muni Bd | A | Interest | K | T | Buy | 11/06/19 | K | | |
| 242. Northern IN Commuter Trans Dist Ind Rev Muni | A | Interest | J | T | | | | | |
| 243. Paulding Cnty GA W&S Rev Muni | A | Interest | K | T | | | | | |
| 244. Penn St 1st Ser GO LTD 6/32 Muni | A | Interest | K | T | | | | | |
| 245. Penn St GO Unlimited Muni Bd | A | Interest | K | T | | | | | |
| 246. Plymouth MA GO Muni Bd | A | Interest | K | T | | | | | |
| 247. Polk Cty IA Rfdg Ltd Muni | A | Interest | K | T | | | | | |
| 248. Raleigh NC GO Muni Bd | A | Interest | K | T | | | | | |
| 249. Reynoldsburg OH GO Muni Bd | A | Interest | K | T | | | | | |
| 250. Rhode Island St Prov Plantn GO Unlim Muni | A | Interest | K | T | | | | | |
| 251. Riverhead NY GO Muni Bd | A | Interest | | | Redeemed | 01/14/19 | K | A | |
| 252. San Diego Ca WTR REV Muni Bd | A | Interest | J | T | | | | | |
| 253. San Jacinto Tx GO Muni Bd | A | Interest | K | T | | | | | |
| 254. Savannah GA Econ Deb Rev Muni Bd | A | Interest | K | T | | | | | |
| 255. St Cloud MN Ser A Muni | A | Interest | J | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Stamford CT Serv B GO Muni | A | Interest | K | T | | | | | |
| 257. Sugerhill GA Downtn Dev Auth Serv A Muni | A | Interest | K | T | | | | | |
| 258. Sumter SC Wtwks Rev Bd | A | Interest | K | T | | | | | |
| 259. TN ST Housing Develp 3.2% 1/1/32 | B | Interest | L | T | Buy | 03/25/19 | L | | |
| 260. Topeka KS GO Muni Bd | A | Interest | K | T | | | | | |
| 261. Tri Cnty Met Trans Dist Or Rev Muni | A | Interest | K | T | | | | | |
| 262. Univ NE Revs Rfdg NEB Omaha Stud Hlth Muni | A | Interest | K | T | | | | | |
| 263. Utah St Bldg Auth Rev Muni | A | Interest | K | T | | | | | |
| 264. VA ST 3.125% 11/1/32 Muni | A | Interest | L | T | Buy | 03/01/19 | L | | |
| 265. Vir St Res Auth Rev Muni Bd | A | Interest | K | T | | | | | |
| 266. Vir St RFDG Ser B GO 6/1/33 | A | Interest | K | T | | | | | |
| 267. Waco TX CFTS Oblig DB Muni | A | Interest | K | T | | | | | |
| 268. Walton Cty GA W&S Rev Muni | A | Interest | K | T | | | | | |
| 269. Warner Robins GA Pub Facs Rev W&S 7/1/29 Muni | A | Interest | K | T | | | | | |
| 270. Washoe Cty NV GO Muni Bd | A | Interest | K | T | | | | | |
| 271. Wichita KS Serv 807 GO Muni | A | Interest | K | T | | | | | |
| 272. Decatur GA RFDG G/O | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  Lincoln NE San SWR Rev. 3% | B | Interest | L | T | | | | | |
| 274.  Multnomah Cnty OR Sch. | B | Interest | K | T | | | | | |
| 275.  Cherokee Cnty GA SCH SYS 2/31 Muni | B | Interest | L | T | | | | | |
| 276.  Howard Cnty MD RFDG MET | B | Interest | L | T | | | | | |
| 277.  Georgia ST Ser A G/O B\E Muni 2/29 | A | Interest | K | T | | | | | |
| 278.  Oklahoma City OK G/O | A | Interest | K | T | | | | | |
| 279.  Johns Creek GA G/O UNLTD 4/1/31 Muni | A | Interest | K | T | | | | | |
| 280.  Nevada ST Muni BD BK Project | A | Interest | K | T | | | | | |
| 281.  Scottsdale AZ Muni PPTY | A | Interest | K | T | | | | | |
| 282.  Evanston IL Rfdg Ser B | A | Interest | K | T | | | | | |
| 283.  Metropolitan Atlanta(MARTA) 7/1/29 Muni | A | Interest | K | T | | | | | |
| 284.  Richmond VA Pub Impt Ser | A | Interest | J | T | | | | | |
| 285.  Wells Joint Checking Acct | A | Interest | J | T | | | | | |
| 286.  Wells Joint Savings Accounts | A | Interest | J | T | | | | | |
| 287.  Wells Fargo Custodial Checking III | A | Interest | J | T | | | | | |
| 288.  Wells Fargo Custodial Checking IV | A | Interest | J | T | | | | | |
| 289.  Wells Fargo Custodial Checking V | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e g , buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. Ameris F/K/A Fidelity Banking Account | A | Interest | J | T | | | | | |
| 291. Ameris F/K/A Fidelity Savings Account | A | Interest | J | T | | | | | |
| 292. Discover Bank Account | A | Interest | L | T | | | | | |
| 293. Discover Bank CD 1 | A | Interest | | | Matured | 06/14/19 | L | A | |
| 294. Alliant Credit Union Account | C | Interest | M | T | | | | | |
| 295. Goldman Sachs Bank/Marcus Bank | B | Interest | L | T | | | | | |
| 296. Credit Union of GA Account I | A | Interest | K | T | | | | | |
| 297. Credit Union of GA Account II | A | Interest | J | T | | | | | |
| 298. Credit Union of GA Account II Savings | A | Interest | J | T | | | | | |
| 299. American Express Bank Account I | C | Interest | M | T | | | | | |
| 300. American Express Bank Account II | A | Interest | J | T | | | | | |
| 301. 50% Interest in Sangamon Cty, Illinois Farm Land | B | Rent | L | W | | | | | |
| 302. 50% Interest in Marion Cty, FL Vacant Commercial Land | | None | J | W | | | | | |
| 303. 403b Plan 2 (H) | | | | | | | | | |
| 304. Cobb Cty Tax Sheltered 403B Plan | A | Int./Div. | K | T | | | | | |
| 305. Annuity (H) | | | | | | | | | |
| 306. Jackson Natl Fixed / Flex 1 Annuity | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | | | | | |
| 308. | | | | | | | | | |
| 309. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baisier, Paul M.** | 07/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For all 529 Plans (lines 95-104) - We have modified the discriptions in order to better represent the actual holdings

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul M. Baisier**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544